THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAHKEEM BROWN, Appellant. [747 NYS2d 784]

The defendant's contention that the prosecutor improperly attempted to bolster the victim's identification testimony is not preserved for appellate review, since he failed to object to it specifically at trial (*see* CPL 470.05 [2]; *People v Ortiz,* 164 AD2d 872). In any event, the defendant's claim is without merit. "Under CPL 60.30, a witness's testimony as to identifications he or she made at prior court proceedings are admissible notwithstanding their bolstering effect on the witness's testimony" (*People v Rosario,* 186 AD2d 598, 599; *see also People v White,* 73 NY2d 468, 473, *cert denied sub nom. White v New York,* 493 US 859; *People v Saunders,* 166 AD2d 546).

The defendant's remaining contentions are without merit. Florio, J.P., S. Miller, Crane and Mastro, JJ., concur.